UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZELL DANDRIDGE,

    Plaintiff,

v.

LJ ROSS ASSOCIATES, INC., et al.,

    Defendants.
    _____/

Case No. 2:24-cv-10163

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff voluntarily dismissed each Defendant. ECF 5, 10, 11. Accordingly, there is no longer a case or controversy between the parties. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than April 30, 2024. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than April 30, 2024**.

This is a final order that closes the case.

1

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: March 26, 2024